**Fansteel Inc.**
**Intercompany**
**Dec. 31, 2008 - Aug. 31, 2016**

| Year | Wellman | Debt | FMRI | Interest | AST | Intercast | WDMA | WDTC | ENA | SPV |
|------|---------|------|------|----------|-----|-----------|------|------|-----|-----|
| Dec.31, 2008 | (5,040,508) | 19,163,683 | 1,400,000 | 1,192,524 | 1,510,563 | (2,693,779) | - | - | | 834,156 |
| Dec.31, 2009 | (7,739,741) | 23,670,404 | 982,000 | 547,309 | 676,802 | (2,706,583) | - | 676,802 | | - |
| Dec.31, 2010 | (13,168,752) | 22,517,986 | 1,682,000 | 590,510 | 2,902,703 | (1,839,834) | - | 2,902,703 | | - |
| Dec.31, 2011 | (12,666,498) | 27,051,897 | 950,000 | 531,697 | 2,128,571 | 160,498 | 660,479 | 6,276,319 | | - |
| Dec.31, 2012 | (11,486,391) | 22,388,772 | 420,000 | 831,183 | 1,227,582 | (1,005,186) | 2,518,847 | 6,246,642 | | - |
| Dec.31, 2013 | (19,789,633) | 21,485,418 | 665,000 | 767,282 | 2,301,909 | 93,751 | 4,652,825 | 6,810,589 | 3,025,000 | |
| Dec.31, 2014 | (22,010,363) | 26,051,255 | 1,008,129 | 905,385 | 1,273,202 | (1,233,396) | 6,211,020 | 11,831,376 | 2,857,827 | - |
| Dec.31, 2015 | (27,282,727) | 25,137,459 | 960,000 | 1,298,031 | 682,843 | (4,529,311) | 7,496,739 | 11,831,376 | 3,235,559 | - |
| Aug.31, 2016 | (30,864,950) | 26,807,211 | 640,000 | 1,053,838 | 915,710 | (4,545,385) | 8,146,881 | 11,831,376 | 3,241,449 | - |
| Total from Fan 1 | (30,864,950) | (7,643,528) | 8,707,129 | 7,717,759 | 915,710 | (4,545,385) | 8,146,881 | 11,831,376 | 3,241,449 | 834,156 |

**EXHIBIT B**