## IN THE UNITED STATES COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FANSTEEL FOUNDRY CORPORATION f/k/a WELLMAN DYNAMICS CORPORATION, | ) ) ) ) ) ) |
| Plaintiff, | ) Case No. 4:18-cv-00304-SMR-CFB |
| v. | ) ) |
| CURTIS J. ZAMEC II, BRIAN F.CASSADY, LEONARD M. LEVIE, EARL F. WHITE, TODD M. HYMEL, DAVID E LEITTEN, MARCUS COLLARDIN, 510 OCEAN DRIVE DEBT ACQUISITION, LLC, FANSTEEL, INC., WELLMAN DYNAMICS MACHINERY & ASSEMBLY, INC., FRMI, INC., FANSTEEL ENA USA, INC., JOHN DOES 1-20, | ) ) **PLAINTIFF'S MOTION TO** ) **SUBSTITUTE DANIEL DOOLEY,** ) **TRUSTEE, AS PLAINTIFF** ) ) ) ) ) ) ) |
| Defendants. | ) ) |

COMES NOW Plaintiff, Official Committee of Unsecured Creditors of Fansteel Foundry Corporation (f/k/a Wellman Dynamics Corporation) (the "Committee"), by and through the undersigned counsel and in support of its Motion to Substitute Daniel Dooley, Trustee, as Plaintiff in this action states as follows:

1.      On September 12, 2018, the Committee filed its Complaint initiating the above-captioned case.

2.      On October 26, 2018, Judge Shodeen for the United States Southern District Bankruptcy Court confirmed the Chapter 11 Liquidating Plan of Fansteel Foundry Corporation (f/k/a Wellman Dynamics Corporation) as amended.[1]

3.      On November 10, 2018, the Plan went Effective without appeal or stay of the actions set forth in the Plan.

---

[1] The Order Confirming the Plan is located at U.S. Southern District Bankruptcy Case No. 16-01825 Docket No. 972.

4.      Pursuant to the Plan this action vests in the WDC Liquidation Trust (the "Trust") and Daniel Dooley is the appointed Liquidating Trustee of the Trust ("Trustee").  Attached and incorporated by this reference is Exhibit A, the fully executed Liquidation Trust Agreement.

5.      Pursuant to Federal Rule of Civil Procedure 25(c) and by this Motion, the Committee seeks an Order from the Court substituting Daniel Dooley as Liquidation Trustee as the Party Plaintiff in this action.

6.      Federal Rule of Civil Procedure 25(c) governs the substitution of parties and provides in relevant part:

> If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party.

7.      The interest in this action was transferred to the Trust pursuant to the Plan. Danial Dooley, as the appointed Liquidation Trustee, is the real party in interest in this litigation and should be therefore substituted into the case as the party Plaintiff.

WHEREFORE the Plaintiff respectfully requests the Court Order substitution of the Plaintiff Committee with Daniel Dooley, as Trustee of the WDC Liquidation Trust, as the new party Plaintiff.

*Dated:  November 26, 2018.*

Respectfully submitted,

/s/ Kristina M. Stanger
Kristina M. Stanger (IA AT 0000255)
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50323
Tel:  (515) 283-8009
Fax:  (515) 283-8045
Email: kmstanger@nyemaster.com

Kevin H. Collins (IA AT 0001671)
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
Tel:  (319) 286-7003

Fax:  (319) 286-7050
Email:  khcollins@nyemaster.com

Stephen M. Packman
ARCHER & GREINER, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Telephone:  (215) 246-3147
Facsimile:  (215) 963-9999
Email:  spackman@archerlaw.com

**ATTORNEYS FOR PLAINTIFF COMMITTEE AND PROPOSED COUNSEL FOR LIQUIDATION TRUSTE**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, I electronically filed the foregoing with the

Clerk of Court and to be served via the CM/ECF system upon all counsel of record.


/s/ *Kristina M. Stanger*